### Johnson *v.* Berook.

APPEAL from the Circuit Court of Madison.
Tried before the Hon. OSCEOLA KYLE.

KING & BANKHEAD, for appellant.

COOPER & FOSTER, for appellee.

This was an attachment suit, brought by the appellant, L. H. Johnson, against the appellee, George W. Brooke. There was a motion made to quash and set aside the writ of attachment levied upon the property of the defendant. This motion to quash was granted, and thereupon the plaintiff took a non-suit with bill of exceptions.

The appeal is prosecuted from a judgment quashing the writ of attachment.

The appeal is dismissed.